United States District Court
Southern District of Texas
**ENTERED**
February 12, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **EDISON MENDOZA CORONEL,** § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:26-CV-00191 |
| § | |
| **WARDEN OF THE RIO GRANDE** § | |
| **PROCESSING CENTER, et al.,** § | |
| Respondents. § | |

## ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 brought on behalf of Petitioner Edison Mendoza Coronel, (Dkt. No. 2).

In order for someone who is not a lawyer to file a habeas petition on behalf of a detained person, the non-lawyer, referred to as a "next of friend" must meet certain requirements. Attached is a form for the Petitioner, or the person filing the Petition on behalf of Petitioner, should fill out. The Court will use the information provided in the form to decide whether those requirements have been met and whether an attorney should be appointed to represent the detained person in this case.

If the Court does not receive a copy of the completed form by **February 20, 2026** or a request for an extension, the Court **may dismiss** the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 because it does not have enough information to proceed.

The Clerk of Court is **DIRECTED** to mail a copy of this Order and its attachments by any receipted means at the address indicated in the Petitioner's most recent filing.

It is so **ORDERED**.

**SIGNED** on February 12, 2026.

_____
John A. Kazen
United States District Judge

**Questionnaire for Next of Friend Filing Petition for Writ of Habeas Corpus:**

**Instructions:**

The next friend or Petitioner must complete and sign this form. The Court requires this information to decide the case, and it will be used only for that purpose. "Petitioner" means the person being detained in this matter.

The completed form **must be e-mailed** to the Court at the following email address: **Jessica_Rodriguez@txs.uscourts.gov and sent via mail** to the following address:

>Clerk of Court
>1300 Victoria Street, Suite 1131
>Laredo, TX 78040

Please call (956) 790-1756 if you have any questions or difficulties completing the form.

**PART I: Personal Information**

1. Name (First and Last): _____

2. Phone Number: _____

3. E-Mail Address: _____

4. Mailing Address:
   _____
   _____
   _____

5. Full Name of Person for Whom You are Filing this Petition:

   _____

6. What is your relationship, if any, to the Petitioner?
   (E.g., mother, father, brother, wife):

   _____

7. How long have you known the Petitioner?

   _____

8.  How much contact have you had with the Petitioner?

    _____

9.  Is the Petitioner aware that you are filing this Petition on their behalf?
    Circle: YES or NO

    If NO, explain why you are filing this Petition on their behalf:

    _____

    _____

    _____

10. Please explain the reason, if any, that the Petitioner is unable to file this Petition on their own behalf

(For example, they do not speak English, lack of resources, mental incompetence, disability, or any other reason that may prevent them for filing the petition themselves)

_____

_____

_____

## PART II: Financial Declaration

If you would like to be considered to have an attorney represent the detained person in this case, please answer the following questions. "Petitioner" means the person being detained in this matter.

I am a Petitioner in this case, or the person filing the Petition on behalf of Petitioner and declare that Petitioner is unable to afford to hire an attorney.

In support, I answer the following questions under penalty of perjury.

1.  Prior to being detained, Petitioner's gross pay or wages are: $ _____,
    and their take-home pay or wages are: $ _____
    per (specify pay period) _____.

2. **Other Income.** In the past 12 months, Petitioner has received income from the following sources (circle all that apply):

   (a) Business, profession, or other self-employment      Yes      No
   (b) Rent payments, interest, or dividends              Yes      No
   (c) Pension, annuity, or life insurance payments       Yes      No
   (d) Disability, or worker's compensation payments      Yes      No
   (e) Gifts, or inheritances                              Yes      No
   (f) Any other sources                                   Yes      No

3. Amount of money that Petitioner has in cash or in a checking or savings account:

   Checking Account: $_____

   Savings Account: $_____

4. Any automobile, real estate, stock, bond, security, trust, jewelry, artwork, or other financial instrument or thing of value that Petitioner owns, including any item of value held in someone else's name.
   (Please describe the property and its approximate value

5. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses.
   (Please describe and provide the amount of the monthly expenses)

6. Names (or, if under 18, initial only) of all persons who are dependent on the detained person for support, relationship with each person, and how much Petitioner contributes to their support:

7. Any debts or financial obligations
   (Please describe the amounts owed and to whom they are payable):

**DECLARATION:** I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of Petitioner's claims.

| Applicant's Printed Name | Applicant's Signature |

Date: _____